Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**  Reg. No. 2,499,589
Registered Oct. 23, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# CAFÉ DES AMIS

CAFE DES AMIS, INC. (LOUISIANA CORPORATION)
140 EAST BRIDGE ST.
BREAUX BRIDGE, LA 70517

   FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

   FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE", APART FROM THE MARK AS SHOWN.

"CAFE' DES AMIS" IS A FRENCH PHRASE THAT TRANSLATES INTO ENGLISH AS "FRIENDS' CAFE'" OR "FRIENDS' RESTAURANT".

SER. NO. 75-837,158, FILED 11-1-1999.

BARBARA RUTLAND, EXAMINING ATTORNEY